UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CR469 |
| | ) | |
| vs. | ) | **FINAL ORDER OF** |
| | ) | **FORFEITURE** |
| | ) | |
| RAMON MENDOZA, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the United States' Motion for Final Order of Forfeiture and <u>Memorandum</u> Brief (Filing No. 99). The Court reviews the record in this case and, being duly advised in the premises, find as follows:

1. On July 6, 2005, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 21, United States Code, Sections 846 and 853, based upon the Defendant's plea of guilty to Counts I and II of the Superseding Indictment. By way of said Preliminary Order of Forfeiture, the Defendant's interest in one 1991 Ford Expedition, VIN 1FMPU18L2XLA91218, and one 2000 Chevrolet Impala, VIN 2G1WH55KXY9327770 was forfeited to the United States.

2. On May 12, 19 and 26, 2005, the United States published in a newspaper of general circulation notice of this forfeiture and of the intent of the United States to dispose of the properties in accordance with the law, and further notifying all third parties of their right to petition the Court within the stated period of time for a hearing to adjudicate the validity of their alleged legal interest(s) in said properties. An Affidavit of Publication was filed herein on June 24, 2005 (Filing No. 92).

3. The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

IT IS ORDERED:

A. The Plaintiff's Motion for Final Order of Forfeiture (Filing No. 99) is hereby sustained.

B. All right, title and interest in and to the subject properties, i.e., one 1991 Ford Expedition, VIN 1FMPU18L2XLA91218, and one 2000 Chevrolet Impala, VIN 2G1WH55KXY9327770, held by any person or entity, is hereby forever barred and foreclosed.

C. The subject properties, i.e., one 1991 Ford Expedition, VIN 1FMPU18L2XLA91218, and one 2000 Chevrolet Impala, VIN 2G1WH55KXY9327770, be, and the same hereby is, forfeited to the United States of America .

D. The United States Marshal for the District of Nebraska is directed to dispose of said properties in accordance with law.

DATED this 15th day of July, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge